IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE SCOTT,

    Plaintiff,                                No. CIV S-06-0832 FCD PAN (GGH) PS

    vs.

KARL F. JACOBSON,                               <u>ORDER</u>

    Defendants.

_____/

    The hearing on plaintiff's motion for remand, presently scheduled for July 20, 2006, before Magistrate Judge John F. Moulds, is hereby vacated and rescheduled as set forth below, pursuant to the reassignment of this case to the undersigned magistrate judge. Accordingly, plaintiff's motion to remand filed May 16, 2006, is rescheduled for hearing before the undersigned on Thursday, July 27, 2006 at 10:00 a.m., in Courtroom #24.

DATED: 6/14/06

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              U. S. MAGISTRATE JUDGE

NOW6:SCOTT.reschedule.wpd