IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE SCOTT,

        Plaintiff,                    CIV-S-06-0832 FCD EFB PS

    vs.

KARL F. JACOBSON,

        Defendant.                ORDER

_____/

       On August 2, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  Defendant filed objections on August 15, 2006.  Plaintiff filed a reply to defendant's objections on August 29, 2006.  Both were considered by the district judge.

       This court reviews de novo those portions of the proposed findings of fact to which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed August 2, 2006, are ADOPTED;

2. Plaintiff's motion to remand is granted and this action is summarily remanded to Colorado's La Plata County District Court;

3. Defendant's application to proceed in forma pauperis is denied;

4. Plaintiff's motion for attorney fees is denied;

5. The Clerk is directed to serve a certified copy of this order to the clerk of the La Plata County District Court and reference the state case number (Case No. 06CV62) in the proof of service; and

6. The Clerk is directed to close this case.

DATED: September 20, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge